# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Joel McClure,

    Petitioner,

        v.                                   Case No. 1:16cv729

Warden, London Correctional
Institution,                          Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 1, 2018 (Doc. 10).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 10) of the Magistrate Judge is hereby **ADOPTED.** Petitioner's Amended Petition (Docs. 3 and 8) are **DENIED** with prejudice consistent with the recommendation by the Magistrate Judge.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

    **IT IS SO ORDERED.**

                                                      *s/Michael R. Barrett*
                                                      Michael R. Barrett
                                                      United States District Judge